O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 15 2016

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. SA16-0438M |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) (Allegations of Violations of Probation/ Supervised Release Conditions of Release) |
| v. | ) | |
| ADAM AMADEO BATTANI | ) | |
| Defendant. | ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or
(B)  (✓)  the safety of any person or the community.

//
//


The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _Defendant submits to detention._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _See above._

IT IS ORDERED that defendant be detained.

DATED: September 15, 2016

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE